```
                                IT IS HEREBY ADJUDGED
                                and DECREED this is SO
                                ORDERED.
```


**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: April 29, 2010

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07062

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Donna M. Price<br>   Debtor.<br>_____<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR BCAP LLC 2007-AA3<br>   Movant,<br> vs.<br><br>Donna M. Price, Debtor, Maureen Gaughan, Trustee.<br><br>   Respondents. | No. 2:09-bk-26582-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 20, 2006 and recorded in the office of the Maricopa County Recorder wherein DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR BCAP LLC 2007-AA3 is the current beneficiary and Donna M. Price has an interest in, further described as:

> LOT 137, PARCEL 28 AT BELL PARK, ACCORDING TO BOOK 370, OF MAPS PAGE 6, AFFIDAVIT OF CORRECTION RECORDED SEPTEMBER 7, 1994, IN DOCUMENT NO. 94-663860, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.